UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KELLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. K. S. P., et al.,<br><br>　　　　Defendants. | 1:16-cv-00613-EPG (PC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(ECF No. 8.) |

　　　On May 2, 2016, Plaintiff filed a motion for appointment of counsel. (ECF No. 3.) On May 5, 2016, the Court issued an order denying the motion. (ECF No. 6.)

　　　Six days later, on May 11, 2016, Plaintiff filed another motion for appointment of counsel. (ECF No. 8.) Plaintiff's second motion is largely the same as the first motion and shows no material change in Plaintiff's circumstances to induce the Court to reverse its prior decision.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for appointment of counsel filed on May 11, 2016 is DENIED without prejudice.

IT IS SO ORDERED.

　　　Dated:　**May 12, 2016**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE