UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KELLER,<br><br>        Plaintiff,<br><br>    vs.<br><br>NKSP WARDEN, et al.,<br><br>        Defendants. | 1:16-cv-00613-EPG-PC<br><br>RESPONSE TO PLAINTIFF'S LETTER TO COURT<br><br>(ECF No. 12.) |

Mr. Keller—

I received your letter.  I understand you are very angry that I did not appoint a lawyer for you.

This is not a criminal case.  There is no right to counsel.  I do not have any way to pay for a lawyer for you.  I cannot force any lawyer to take your case.  The best I can ever do is ask a lawyer to represent you for free.  Under the law, I can only do this in exceptional circumstances.  Later in the case, I might consider asking a lawyer to represent you for free, but it is very early in the case now.

I want you to know that I am taking your case seriously.

Dated: 5/25/2016                    /s/ ERICA P. GROSJEAN
                                    UNITED STATES MAGISTRATE JUDGE