UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KELLER,<br><br>         Plaintiff,<br><br>    vs.<br><br>N.K.S.P. et al.,<br><br>         Defendants. | 1:16-cv-00613-EPG-PC<br><br>ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO ADDRESS PLAINTIFF'S REQUEST FOR ACCESS TO LAW LIBRARY WITHIN FOURTEEN DAYS<br>(ECF No. 14.) |

Plaintiff, John Keller ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is presently incarcerated at California State Prison-Sacramento (CSP-SAC) in Represa, California.

On June 2, 2016, Plaintiff filed a motion in which he informs the Court that he has not been given access to the law library at the prison, even though his PLU[1] status was approved on May 23, 2016. (ECF No. 14.) Plaintiff has submitted a copy of a note from prison officials indicating his PLU status was approved. (ECF No. 14 at 6.)

Plaintiff's Complaint is being screened by the Court. None of the defendants have been served or appeared in this action. However, the Court directs the Office of the Attorney

---

[1] Priority Legal User

1

General to address Plaintiff's report that he is being denied access to the law library to litigate his case.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, the Office of the Attorney General shall address Plaintiff's assertion that he is being denied access to the law library at the prison; and
2. The Clerk of the Court is directed to serve this order and a copy of Plaintiff's motion (ECF No. 14) on Supervising Deputy Attorney General Monica Anderson.

IT IS SO ORDERED.

Dated:  **June 9, 2016**                  /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE