# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KELLER,<br><br>    Plaintiff,<br><br>vs.<br><br>N.K.S.P., et al.,<br><br>    Defendants. | CASE NO. 1:16-cv-00613-AWI-EPG (PC)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. E. Jacob Lubarsky has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for the limited purpose of settlement and he has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. E. Jacob Lubarsky is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. E. Jacob Lubarsky's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel. If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose, the court will consider appointing

new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon E. Jacob Lubarsky, Rogers Joseph O'Donnell, PC, 311 California Street, Floor 10, San Francisco, CA 94104.

IT IS SO ORDERED.

Dated: **July 5, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE