Print Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

John Keller

        Plaintiff(s)

   vs.

N.K.S.P., et al.

        Defendants.

_____/

No. 1:16-cv-00613-AWI-EPG (PC)

REQUEST FOR AUTHORITY TO INCUR
COSTS (APPOINTED COUNSEL) AND
REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Edward Jacob Lubarsky , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on July 5, 2017 , by the Honorable Erica P. Grosjean , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

I plan in visiting Mr. Keller at California State Prison, Los Angeles County on September 8, 2017, to discuss his case and prepare for the mandatory settlement conference scheduled in this matter for October 27, 2017. Mr. Keller is currently in administrative segregation and does not have telephone privileges. An in-person visit is the only way to speak with him and prepare the case for the settlement conference.

-Roundtrip Airfare from OAK to BUR - ~$450
-Car Rental - ~$100
-Hotel (1 night before morning meeting) - ~$275 $269

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 850.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

# REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:16-cv-00613-AWI-EPG (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18th day of July , 20 17 , at San Francisco , California.

E. Jacob Lubarsky

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____, at _____, ___.M. in Courtroom
Number_____.

Dated: 7/27/17

United States District Judge/Magistrate Judge