1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7320
6   Facsimile: (916) 324-5205
    E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Office of Correctional Safety, Garrett, and West*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN KELLER,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**N.K.S.P., et al.,**<br><br>　　　　　　　Defendants. | No. 1:16-cv-00613 AWI-EPG (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Action Filed: May 2, 2016 |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Keller, by and through his appointed pro bono attorney, and Defendants Office of Correctional Safety, Garrett, and West, by and through their attorneys of record, stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

1

Each party is to bear his own costs, attorney's fees, and expenses.

IT IS SO STIPULATED.

Dated: November 16, 2017        Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: November 16, 2017        ROGERS JOSEPH O'DONNELL

*/s/ E. Jacob Lubarsky*

E. JACOB LUBARSKY
*Attorneys for Plaintiff*

**ORDER**

The parties filed a stipulation to dismiss this action with prejudice. All parties have agreed to the dismissal. In light of the stipulation, the case has ended, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **February 9, 2018**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE